*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

In Re: **Kristin M Allard**  BK No. **1:18–bk–10820**
Chapter **7**

Debtor(s)

**Shamrock Finance LLC**
Plaintiff(s)
 v.  AP No. **1:19–ap–01007**
**Kristin M Allard**
Defendant(s)

*ORDER REQUIRING FILING OF CORPORATE OWNERSHIP*
*STATEMENT IN ACCORDANCE WITH FED. R. BANKR. P. 7007.1*

On 2/26/2019 , Shamrock Finance LLC filed a pleading in the above entitled Adversary Proceeding. Pursuant to Bankruptcy Rule 7007.1, corporate parties to an adversary proceeding must file a statement of corporate ownership with the first pleading filed.

Accordingly, the Plaintiff is hereby **ORDERED** to file a Corporate Ownership Statement no later than 3/13/2019 .

Compliance can be made by filing the required document no later than the above deadline. Failure to timely comply with this Order may result in the pleading being stricken from the record.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **2/27/19**

Entered on Docket: **2/27/19**
Document Number: **5 – 1**

240.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

Website: *www.rib.uscourts.gov*