## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **IN RE: KRISTIN M. ALLARD** | **BK NO.: 18-10820** |
| | **CHAPTER 7** |
| **SHAMROCK FINANCE LLC** | |
| *Plaintiff,* | |
| VS. | **AP NO.: 19-01007** |
| **KRISTIN M. ALLARD** | |
| *Defendant.* | |

### CERTIFICATE OF SERVICE

I, Marc D. Wallick, Esq., certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this Summons and a copy of the Complaint was made February 27, 2019 by:

Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Kristin M. Allard
11 Dexter Street
Providence, RI  02909

Peter G. Berman, Esq.
116 East Manning Street
Providence, RI  02906
mail@raskinberman.com

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ Marc D. Wallick
Marc D. Wallick, Esq.
WALLICK & ASSOCIATES, LTD.
51 Jefferson Boulevard, 1st Floor
Warwick, RI  02888
(401) 461-0100
wallicklaw@aol.com

DATED: March 5, 2019

dp c:\docs\bk-cert svc-shamrock-allard