# United States Bankruptcy Court
## District of Rhode Island

| | |
|---|---|
| In re: | Bankruptcy Case No: 1:18-bk-10820 |
| KRISTIN M ALLARD | |
| Debtor | Adversary Proceeding No:<br>1:19-ap-01007 |
| SHAMROCK FINANCE LLC<br>Plaintiff<br>v.<br>KRISTIN M ALLARD<br>Defendant | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

**Address of Clerk**
Clerk, United States Bankruptcy Court
District of Rhode Island
380 Westminster Street 6th Floor
Providence, RI 02903

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney**
Marc D. Wallick
Wallick & Associates
51 Jefferson Boulevard
Warwick, RI 02888

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Date Issued: 02/26/2019

[Signature]

PLEASE SERVE:

Kristin M. Allard
11 Dexter Street
Providence, RI  02909

CSD 3007

I Dean Botelho a duly authorized Constable hereby attest that I served a copy of the summons included herein by leaving a copy at the defendants last & usual place of abode - 11 Dexter st Providence RI with a person of suitable age & discretion residing therein - Cris Cameron (roomate)

4-4-19
Date

Dean Botelho
Lic. #6014
Constable