**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

---

In re:   Kristin M. Allard                                              BK No. 18-10820
         Debtor                                                         Chapter 7

---

Shamrock Finance LLC,
         Plaintiff
v.                                                                      A.P. No. 19-01007
Kristin M. Allard,
         Defendant

---

## SCHEDULING ORDER

Pursuant to Fed. R. Bankr. P. 7016, the Court has reviewed the discovery plan filed by the parties under Fed. R. Bankr. P. 7026 and R.I. LBR 7026-1(c) and issues the following order.

1. By June 11, 2019, the parties shall file a joint statement of each party's position regarding whether it consents to the entry of final orders or judgment by this Court. *See* Fed. R. Bankr. P. 7008, 7012(b).

2. The deadline for initial disclosures under Fed. R. Civ. P. 26(a)(1): June 11, 2019. In addition, the parties shall adhere to deadlines set forth in Fed. R. Civ. P. 26(a) for disclosures.

3. The Court will hold a preliminary pretrial conference on July 3, 2019 at 10:15 a.m.

4. The deadline to join parties and/or amend pleadings: July 22, 2019.

5. The deadline for all parties to complete discovery and to file any motions to compel compliance with outstanding discovery requests: July 22, 2019.

6. The deadline to file dispositive and/or pretrial motions: August 23, 2019.

7. The deadline to file the Joint Pretrial Statement pursuant to R.I. LBR 9014-1(d): September 23, 2019. If a dispositive motion is filed, the Court will extend the deadline for filing the Joint Pretrial Statement until disposition of that motion or until further order.

Date: March 28, 2019                                  By the Court,

                                                      /s/ Diane Finkle
                                                      _____
                                                      Diane Finkle
                                                      U.S. Bankruptcy Judge