# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF RHODE ISLAND

BK NO.: 18-10820
Chapter 7

In Re:

Kristin M. Allard,
    Debtor

Shamrock Finance LLC,
    Plaintiff

v.

Kristin M. Allard,
    Defendant

Adversary Proceeding

No. 19-01007

** AMENDED **

## ORDER RE: JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT

Upon consideration the *Joint Motion to Approve Settlement Agreement* filed by counsel for the Plaintiff Shamrock Finance LLC and counsel for the Defendant Kristin M. Allard, it is hereby **ORDERED, ADJUDGED AND DECREED**: Motion granted. Judgment is hereby entered in accord with Plaintiff and Defendant's Joint Motion to Approve Settlement Agreement. The Settlement Agreement is hereby approved.

This is a core proceeding in accordance with 28 U.S.C. § 157(b) as to which this Court has jurisdiction of the subject matter and the parties.

ENTERED at Providence, Rhode Island this 2nd day of July, 2019.

_Diane Finkle_ 07/02/2019
The Honorable Diane Finkle
U.S. Bankruptcy Court Judge