*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

In Re: **Kristin M Allard**  BK No. **1:18–bk–10820**
Chapter **7**

Debtor(s)

**Shamrock Finance LLC**
Plaintiff(s)
    v.  AP No. **1:19–ap–01007**
**Kristin M Allard**
Defendant(s)

## JUDGMENT

In accordance with Fed.R.Bankr.P. 7058, and for reasons set forth in the Order issued by the Honorable Diane Finkle, United States Bankruptcy Judge, on 7/2/2019 . Judgment is hereby entered *in favor of the Parties* .

*By The Court:*

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Entered on Docket: **7/2/19**
Document Number: **22 – 21**

411.jsp

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*